IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,                            ORDER

  v.

                                                  Case No. 13-cr-119-wmc

RICKY LANG,

        Defendant.

The defendant in the above-entitled case has been convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

Date : March 6, 2014

                                                  BY THE COURT:

                                                  /s/

                                                  STEPHEN L. CROCKER
                                                  Magistrate Judge

cc:    USA, Defense Atty, USPO